UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS AMAY BAR,<br><br>*Plaintiff*,<br><br>— against —<br><br>MARLY BUILDING SUPPLY CORP *et al.*,<br><br>*Defendants*. | 19-CV-1187 (ARR) (PK)<br><br>NOT FOR PRINT OR ELECTRONIC PUBLICATION<br><br>OPINION & ORDER |

ROSS, United States District Judge:

I have received the Report and Recommendation, dated July 6, 2021, from the Honorable Peggy Kuo, United States Magistrate Judge. I review "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). But where no proper objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH) (LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). No objections have been filed and, having reviewed the record, I find no clear error. I therefore adopt Judge Kuo's Report and Recommendation in its entirety as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), is granted, and the settlement is approved.

SO ORDERED.

Dated: July 22, 2021                                    _____/s/_____
       Brooklyn, New York                            Allyne R. Ross
                                                                                 United States District Judge